UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHRYN MATRANGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1350 |
| ) | |
| CATHOLIC CHARITIES, a not for ) | |
| profit corporation ) | |
| ) | |
| ) | |
| Defendant. ) | JURY DEMAND |

## COMPLAINT

NOW COMES the Plaintiff, KATHRYN MATRANGA, by her attorney, NILE J. WILLIAMSON, and complaining of the Defendant, CATHOLIC CHARITIES, a not for profit corporation, states as follows:

### JURISDICTIONAL STATEMENT

1. That this court has jurisdiction of this case pursuant to 29 USC § 621, et. seq., as authorized by 28 USC § 1331 and 1334(4).

2. That this action properly lies in this district pursuant to 28 USC § 1391(b) (2) because the claim arose in this judicial district.

3. That the Plaintiff Kathryn Matranga is a white female individual who presently resides at 323 W. Glen Avenue, Peoria, Illinois 61614 whose date of birth December 27, 1943.

4. That the Defendant Catholic Charities is a not for profit corporation with its office and principal place of business in Peoria, Illinois with a local address of 2900 W. Heading Avenue, West Peoria, Illinois 61604 which all times herein relevant was an "employer" engaged in commerce within the meaning of the ADEA.

5. That the Plaintiff Kathryn Matranga has exhausted her administrative remedies by filing a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) on or about July 3, 2007, a copy of said charge being attached hereto and made a part hereof as Plaintiff's Group Exhibit #1 and having received a notice of right to sue from the EEOC under date of December 5, 2007 a true and correct copy of which is attached hereto and made a part hereof Plaintiff's Group Exhibit #2

## COUNT I (ADEA)

6. That at all times herein relevant Plaintiff Kathryn Matranga performed her job within the legitimate expectations of her employer.

7. That Plaintiff is age protected by virtue of 29 USC § 621 et. seq. and was replaced in her job by Defendant with a person of substantial less experience, who was more than ten years younger than Plaintiff.

8. That Plaintiff incorporates by reference all factual allegations made in the summary attached to Exhibit #1 and alleges that Defendant's conduct as aforesaid in stating that Plaintiff had voluntarily "retired" was willful in that Defendant knew or showed reckless disregard of whether its conduct was prohibited by § 626 (b) of the ADEA.

9. As a direct and proximate result of Defendant's action as aforesaid Plaintiff has been denied wages, salaries and benefits that she otherwise would earned; Plaintiff has been forced to incur attorney's fees and costs to process this action.

WHEREFORE, Plaintiff Kathryn Matranga respectfully prays judgment as follows: 1) Require Defendant to take necessary steps to place Plaintiff in the same position she would have had been but for the Defendants' unlawful conduct and discrimination. 2) Require Defendant to offer reinstatement to Plaintiff to a position

2

equivalent to the one she had prior to her discharge.  3) Award compensatory damages and appropriate liquidated damages pursuant to federal law.  4) Award the Plaintiff the costs of this action and reasonable attorney's fees incurred in the prosecution of this action and interest.  5) Award such other and further release as the court deems just, proper and equitable.  **PLAINTIFF REQUEST TRIAL BY JURY.**

Kathryn Matranga, Plaintiff

By: _____
NILE J. WILLIAMSON

NILE J. WILLIAMSON
ATTORNEY AT LAW
1926 Associated Bank Plaza
Peoria, Illinois 61602
Telephone: (309) 677-5950
Facsimile: (309) 677-5952
nilew@aol.com
Reg. No. 3029417

3

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER<br>440-2007-06132 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Mrs. Kathryn Matranga | HOME TELEPHONE (include area code)<br>(309) 692-5135 | |
|---|---|---|
| STREET ADDRESS<br>323 W. Glen Avenue | CITY, STATE AND ZIP CODE<br>Peoria, IL 61614 | DATE OF BIRTH<br>12/27/43 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Catholic Charities | NUMBER OF EMPLOYEES, MEMBERS 15+<br>400+ | TELEPHONE (Include area code)<br>(309) 636-8000 |
|---|---|---|
| STREET ADDRESS<br>2900 W. Heading Avenue | CITY, STATE AND ZIP CODE<br>West Peoria, IL 61604 | COUNTY<br>Peoria |
| NAME | TELEPHONE (include area code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br>Age Discrimination | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>/ /                        / /<br>☒☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

See summary attached.

RECEIVED EEOC
JUL - 3 2007
CHICAGO DISTRICT OFFICE

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>NOTARY SIGNATURE         MONTH DATE-YEAR |
|---|---|
| NOTARY SEAL | X _Kathryn Matranga_ 6/29/07<br>SIGNATURE OF COMPLAINANT      DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

FORM 5 (5/05)

Exhibit #1

1. Complainant Kathryn Matranga, 323 W. Glen Avenue, social security number 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, date of birth 12/27/43, began working at respondent Catholic Charities, Diocese of Peoria, a not-for-profit corporation, in April of 1990 as a receptionist and secretary. Complainant enjoyed above average evaluations whether the same were conducted orally or in writing.
2. That in the year 2006, complainant was performing at or above the employer's expectations when on October 19, 2006, Rosemary Haynes, the head of Human Resources for respondent, called a meeting with complainant and Chris Kelly, complainant's supervisor. Haynes and Kelly then orally advised complainant that she would be laid off effective November 10, 2006, because of cutbacks at the facility where complainant worked.
3. That on November 2, 2006, by letter, a true and correct copy of which is attached hereto and made a part hereof as Complainant's Exhibit #1, complainant was advised by Rosemary Haynes that her "retirement" was effective November 10, 2006. The exhibit thereafter stated that complainant's position of North Office Secretary was being eliminated due to the need for less clerical support at respondent's counseling, WCSS and adoption programs.
4. Complainant was presented with a notice of eligibility and election form by respondent indicating her benefits for health care would be terminated 11/30/06, a true and correct copy of which is attached hereto and made a part hereof as Complainant's Exhibit #2. At the time complainant was a full-time employee of respondent, she paid the sum of $37.50 per month for complete health coverage. At the time of the institution of complainant's exhibit #2, complainant was required to pay the sum of $500 per month for the same coverage and has now been advised that said monthly premium will increase to $600 a month effective on or about August, 2007. At no time did complainant voluntarily leave her employment as shown by the exit survey completed by her after 11/10/06, which is attached hereto and made a part hereof as Complainant's Exhibit #3.
5. That complainant's job duties were assumed in full by Linda Williams, a white female approximately 46 years of age with less then three years of experience with respondent and said individual was not only of substantially younger age but was less qualified and had less experience than complainant to perform the job of North Office Secretary, although complainant remained ready, willing and able to perform said job and kept herself out of the work force because of her alleged laid-off status.
6. That because of respondent's intentional and willful violation of the Age Discrimination and Employment Act of 1967, complainant has been and will be deprived of wages, salaries, benefits and profits she would have accrued had respondent not taken the job action as above described.
7. That complainant seeks all lost wages, benefits, attorney's fees and other applicable compensatory damages as well as an order of reinstatement and appropriate fines. Complainant's attorney is Nile J. Williamson, 1926 Associated Bank Plaza, Peoria, IL 61602, (309) 677-5950, nilew@aol.com.



**Catholic Charities**
DIOCESE OF PEORIA

PROVIDING HELP. CREATING HOPE.

November 2, 2006

Ms. Kay Matranga
323 W. Glen Avenue
Peoria, IL 61614

Dear Kay:

Congratulations on your retirement effective November 10, 2006! Kay, we truly appreciate your dedication and service to our clients and staff throughout the years. You have been such an integral part of this agency for over sixteen years. You will be missed by all.

As we discussed prior to your decision to retire, your position of North Office Secretary was being eliminated due to the need for less clerical support for our Counseling, WCSS and Adoption programs. We are happy that you will be able to enjoy retirement.

Please find attached an Exit Interview/Survey Form to be completed at your earliest convenience. We really would appreciate your feedback. Also, a self addressed stamped envelope has been enclosed for your convenience. If you would like to set up an Exit Interview in person or via phone rather than completing the attached form, please contact the Human Resources Department.

If I can be of any assistance please do not hesitate to contact me. Best wishes in your retirement. Take care and God's peace and blessings to you.

Sincerely,

*Rosemary Haynes*
Rosemary Haynes
Human Resources Director

RH:cm
cc: Accounting Department
    Human Resources Department
    Chris Kelly

Exhibit #1

ADMINISTRATION OFFICE
2900 West Heading Avenue
West Peoria, Illinois 61604
Phone 309.636.8000
www.ccdop.org

OFFICES
Bloomington · Champaign
Danville · Galesburg · LaSalle
Lincoln · Macomb · Peoria
Rock Island







# SCHLARMAN HEALTH FUND, NFP
## NOTICE OF ELIGIBILITY AND ELECTION FORM
## FOR CONTINUATION OF GROUP HEALTH BENEFITS

**This form must be completed by every terminating employee and returned to the former employer/location (shown below) within 10 days of termination receipt.**

| Group Name: Schlarman Health Fund, NFP | Location Number: 446M | Location Name: Catholic Charities |
|---|---|---|
| Employee Name: Kathryn Matranga | SS#: 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 | Date of Birth: 12-27-43 |
| Employee Address: 323 W. Glen | City: Peoria | State: IL | Zip: 61614 |
| Date of Termination of Benefits: 11-30-06 | | |

Under the terms of the Schlarman Health fund, NFP Benefits Plan and as outlined in the Summary Plan Description issued to you, your benefits will terminate (or terminated) as of the date shown above.

You may elect to continue the health benefits in force for yourself and your eligible dependents after you employment has terminated. This continuation, if elected, will be effective retroactive to the date your coverage terminated, provided the applicable premium is received by the date indicated below.

The benefits then in effect will be continued until the earliest of: (a) nine months from the date of termination of your employment, or (b) 15 months from your loss of coverage due to Total Disability, or (c) the date you fail to make the required contributions for the benefits, or (d) the date you become covered as an employee under any other group plan, or (e) the date the Plan is discontinued, or (f) with respect to you or any of your dependents, that date such persons becomes eligible for Medicare.

Refer to your Summary Plan Description (employee booklet) and /or contact the Catholic Diocese of Peoria for more information about this provision.

In order for your group benefits to continue, you must provide the monthly contribution shown below <u>including any necessary back payments.</u> Checks must be made payable to Catholic Charities. Mail or deliver your payment to Catholic Charities.

This form must be completed in it entirety and returned to Catholic Charities, along with your initial payment, <u>within 10 days</u> of its receipt. Mail your form along with your check made payable to Catholic Charities to the following address:

Employer/location  Catholic Charities
                   2900 W. Heading Avenue
                   West Peoria, IL 61604

Your monthly cost to continue your group benefits will be as follows:

| $ 500.00 | $ 19.31 | $ 4.36 | Coverage for yourself |
|---|---|---|---|
| Medical | Dental | Vision | |
| $ 900.00 | $ 58.55 | $ 11.96 | Coverage for yourself and eligible dependents |
| Medical | Dental | Vision | |

If you are presently covered for the employee and dependent benefits, your election to continue must also include both the employee and dependent benefits.

Your first payment must be received by: Dec 1, 2006 (for December's Coverage)

Your subsequent payments must be received by the 1st day of each month.

PLEASE CHECK ONE:  ☐ I DO NOT ELECT TO CONTINUE COVERAGE
                   ☐ I ELECT TO CONTINUE   ☐ Medical Coverage ☐ Dental Coverage ☐ Vision Coverage
FOR        ☐ Myself only    ☐ Spouse only    ☐ Myself and Eligible Dependents

| Spouse/Dependent(s) Name | Social Security # | Date of Birth |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Employee Signature (required): | Date Signed: |
|---|---|

Date Mailed: 11-7-06

8/2006

Exhibit #2

# CATHOLIC CHARITIES
# EXIT INTERVIEW/SURVEY FORM

1. I worked for Catholic Charities for
   - ☐ Less than one year
   - ☐ One to three years
   - ☐ Three to five years
   - ☒ More than five years

2. What was your primary reason for leaving the agency? _Ask to leave_

3. Where did you go when you left Catholic Charities
   - ☐ Took job in another child welfare agency and/or day care
   - ☐ Took a job in a different field
   - ☐ Relocating/moving from area
   - ☒ Not currently in the work force
   - ☐ Other-Explain _I may have to find another job as I don't seems to be able to get insurance & I must have it and I am only 62 yrs old._

4. Please evaluate the following items in relation to the last position you held at Catholic Charities:

| | Very Satisfied | Satisfied | Dissatisfied | Very Dissatisfied |
|---|---|---|---|---|
| Nature of the job | ☒ | ☐ | ☐ | ☐ |
| Utilization of skills and experiences | ☐ | ☒ | ☐ | ☐ |
| Opportunities for advancement | ☐ | ☐ | ☒ | ☐ |
| Salary | ☐ | ☒ | ☐ | ☐ |
| Benefit package | ☒ | ☐ | ☐ | ☐ |

5. Thinking of your immediate supervisor, please respond to the following statements using these guidelines:

   Almost Always:    Displayed this behavior 80% to 100% of the time
   Sometimes:        Displayed this behavior more than 50% of the time
   Seldom:           Displayed this behavior 25% to 50% of the time
   Almost Never:     Displayed this behavior 0-25% of the time

| | Almost Always | Sometimes | Seldom | Almost Never |
|---|---|---|---|---|
| Gave me regular feedback so I knew how I was performing | ☐ | ☒ | ☐ | ☐ |
| Provided regularly scheduled supervision | ☐ | ☐ | ☒ | ☐ |
| Shared information about agency with me | ☐ | ☒ | ☐ | ☐ |
| Was aware of my job responsibilities and was available to provide support and guidance as necessary | ☒ | ☐ | ☐ | ☐ |
| Dealt with disciplinary issues fairly and equally | ☐ | ☒ | ☐ | ☐ |

CCDOP-HR-4022  1/2003

Exhibit #3

|  | Almost Always | Sometimes | Seldom | Almost Never |
|---|---|---|---|---|
| Understood the agency policies and enforced them | ☒ | ☐ | ☐ | ☐ |
| Treated me with respect and dignity | ☐ | ☒ | ☐ | ☐ |
| Understood and modeled the agency mission | ☒ | ☐ | ☐ | ☐ |

6. Thinking about the training and orientation you received at the agency please respond to the following:

|  | Yes | No |
|---|---|---|
| Upon hire, I received adequate new employee orientation | ☒ | ☐ |
| I received adequate on-going program orientation | ☐ | ☒ |
| I understood how to do my job and what the expectations were | ☒ | ☐ |
| I was able to attend trainings/in-services | ☐ | ☒ |

7. As Catholic Charities continues to strive for excellence, how would you rate the Agency in the following areas:

|  | Excellent | Good | Average | Needs Improvement | Poor | N/A |
|---|---|---|---|---|---|---|
| The Agency's reputation in the community | ☐ | ☐ | ☐ | ☒ | ☐ |  |
| The quality of care provided to clients by the program you worked in | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| The general attitude of staff about the Agency | ☒ | ☐ | ☐ | ☐ | ☐ |  |
| The teamwork exhibited throughout the Agency | ☐ | ☐ | ☒ | ☐ | ☐ |  |
| Mutual respect shown by staff to one another | ☐ | ☒ | ☐ | ☐ | ☐ |  |
| Coordination and cooperation among staff to enhance client quality of care | ☐ | ☐ | ☒ | ☐ | ☐ |  |

8. If you have other comments regarding Catholic Charities and your employment with us, please feel free to use the following space and additional paper if necessary.

I enjoyed and liked my employment with Catholic Charities. However over the years its seems they don't take clients as serious as they use to. Everyone is to involved with meetings and don't want clients phone calls.

Name _Kathryn Matranga_ Last Job Title at Agency _Sec./Receptionist_

Program _____ Branch _North Office_ Supervisor's Name _Chris Kelly_

CCDOP-HR-4022  1/2003



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to Sarita Gaddis and mailed to the address above or faxed to (312) 353-4041.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* <u>Before filing a lawsuit</u>, but within 90 days of your receipt of the Right to Sue, or

* <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint that shows the court docket number.

If you are the Respondent you may be granted access to the file <u>only after</u> a lawsuit has been filed. Include with your request a copy of the first page of the court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to the file will be acted upon no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by Aloha Document Services, 55 East Jackson Blvd., Suite 310, Chicago, IL 60604, (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, <u>it is recommended that you first review your file</u> to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service, <u>and you will be responsible for the cost.</u> Payment must be made directly to Aloha Document Services.

(revised 04.07)

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

REC'D ▶ 12-5-07 Date

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Kathryn Matranga
323 W. Glen Avenue
Peoria, IL 61614

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

CERTIFIED MAIL 7099 340 0018 8814 7726

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-06132 | Shuwn Hayes, Investigator | (312) 353-8194 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

John P. Rowe     12/3/07
John P. Rowe,    (Date Mailed)
District Director

Enclosures(s)

cc:    CATHOLIC CHARITIES

Exhibit #2

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

E-FILED
Thursday, 20 December, 2007 10:08:27 AM
Clerk, U.S. District Court, ILCD

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

KATHRYN MATRANGA

RECEIVED
DEC 2 0 2007
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

**DEFENDANTS**

CATHOLIC CHARATIES, A NOT FOR PROFIT CORPORATION

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** PEORIA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** PEORIA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602-1104
(309) 677-5950

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff brings this action for legal and equitable relief pursuant to 29 USC section 621 et.seq.for age discrimination by Defendant in terminated Plaintiff from her job.

**V. NATURE OF SUIT** (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN × IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23    **DEMAND $** 75,000 Plus    Check YES only if demanded in complaint:    **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE    JUDGE _____ DOCKET NUMBER _____

**DATE** 12/19/07    **SIGNATURE OF ATTORNEY OF RECORD** /s/ Nile J. Williamson

UNITED STATES DISTRICT COURT