UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KATHRYN MATRANGA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1350 |
| | ) | |
| CATHOLIC CHARITIES, a not-for-profit corporation, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

FILED
DEC 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PLAINTIFF'S CERTIFICATE OF INTEREST**

The undersigned counsel of record for KATHRYN MATRANGA, plaintiff, furnishes the following Certificate of Interest in compliance with Local Rule 1.6(E) of this Court:

1. The full name of every party or amicus the attorney represents in this case is KATHRYN MATRANGA.

2. The following is the name of the law firm whose partners or associates are appearing or will be expected to appear for plaintiff in this case:

> NILE J. WILLIAMSON
> ATTORNEY AT LAW
> 1926 Associated Bank Plaza
> Peoria, Illinois 61602
> Telephone: (309) 677-5950
> Facsimile: (309) 677-5952
> nilew@aol.com

KATHRYN MATRANGA, Plaintiff,

By: _____
NILE J. WILLIAMSON, Her Attorney