# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS, PEORIA DIVISION__

KATHRYN MATRANGA

v.

CATHOLIC CHARITIES, a not for Profit Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1350

TO: (Name and Address of Defendant)

CATHOLIC CHARITIES, a not for Profit Corporation
a/k/a CATHOLIC CHARITIES OF THE DIOCESE OF PEORIA
2900 W. Heading Avenue
Peoria, IL 61604

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Nile J. Williamson
Attorney At Law
1926 Associated Bank Plaza
Peoria, Illinois 61602-1104

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Pamela E. Robinson
CLERK

January 7, 2008
DATE

/s/ M. Leininger
BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |

| NAME OF SERVER | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____     _____
                     Date                Signature of Server

_____
Address of Server

_____
1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.