E-FILED
Monday, 07 January, 2008   04:55:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KATHRYN MATRANGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHOLIC CHARITIES OF THE )<br>DIOCESE OF PEORIA, a not for )<br>profit corporation, )<br>)<br>Defendant. ) | Case No. 07-1350 |

### ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Howard & Howard Attorneys, P.C., hereby enters its appearance as counsel for Catholic Charities of the Diocese of Peoria, a not for profit corporation, and requests that copies of all pleadings, orders and other documents be served upon the undersigned for said Party in lieu of service upon the Party. The undersigned will serve as lead counsel for Catholic Charities of the Diocese of Peoria.

Dated this January 7, 2008.

                                              CATHOLIC CHARITIES OF THE DIOCESE OF
                                              PEORIA, a not for profit corporation

                                              By:  /s/Tracy C. Litzinger
                                                    Tracy C. Litzinger

Tracy C. Litzinger, Lead Counsel
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
tlitzinger@howardandhoward.com
IL Atty Reg. No.:  06225477

#332549-v1

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on January 7, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602

                                            s/ Tracy C. Litzinger
                                            Tracy C. Litzinger

Tracy C. Litzinger
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
tlitzinger@howardandhoward.com
IL Atty Reg. No.:  06225477