E-FILED
Monday, 07 January, 2008  05:05:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KATHRYN MATRANGA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-1350 |
| | ) |
| CATHOLIC CHARITIES OF THE DIOCESE OF PEORIA, a not for profit corporation, | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendant, CATHOLIC CHARITIES OF THE DIOCESE OF PEORIA, a not for profit corporation, furnishes the following in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

1. The full name of every party or amicus the attorney represents in the case:

   **Catholic Charities of the Diocese of Peoria, a not for profit corporation**

2. If such party or amicus is a corporation:

   (a) its parent corporation, if any; and

   **N/A**

   (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company;

   **N/A**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

#332556-v1

**Howard & Howard Attorneys, P.C.**
**One Technology Plaza, Suite 600**
**211 Fulton Street**
**Peoria, IL 61602-1350**
**(309) 672-1483 - telephone**
**(309) 672-1568 - facsimile**

        CATHOLIC CHARITIES OF THE DIOCESE OF
        PEORIA, a not for profit corporation


        By:  /s/Tracy C. Litzinger
             Tracy C. Litzinger


Tracy C. Litzinger
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
tlitzinger@howardandhoward.com
IL Atty Reg. No.:  06225477

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on January 7, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602

                                          s/ Tracy C. Litzinger
                                          Tracy C. Litzinger

Tracy C. Litzinger
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
tlitzinger@howardandhoward.com
IL Atty Reg. No.:  06225477