**E-FILED**
Monday, 14 January, 2008 03:10:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KATHY MATRANGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-1350 |
| | ) | |
| CATHOLIC CHARITIES, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code.

This case is reassigned to Judge Joe B. McDade pursuant to standing Order.

Entered this 14th day of January, 2008.

```
s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE
```