E-FILED
Friday, 07 March, 2008   11:07:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KATHRYN MATRANGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 07-1350 |
| | ) |
| CATHOLIC CHARITIES OF THE | ) |
| DIOCESE OF PEORIA, a not for | ) |
| profit corporation, | ) |
| | ) |
| Defendant. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

Plaintiff, KATHRYN MATRANGA, by her attorney, Nile J. Williamson, and the Defendant, CATHOLIC CHARITIES OF THE DIOCESE OF PEORIA, a not for profit corporation, by Howard & Howard Attorneys, P.C., for their Report of the Parties' Planning Meeting state:

The parties will attempt to evaluate settlement possibilities as soon as possible. The parties further agree to submit the following schedule to the Court:

1. All amendments to pleadings will be filed by July 1, 2008.

2. All additional parties will be joined by August 1, 2008.

3. The parties will exchange, by April 15, 2008, all information required by Federal Rule of Civil Procedure 26(a)(1).

4. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: liability and damages.

    b. All discovery will be commenced in time to be completed by January 1, 2009.

#350095-v1

      c. Identification and reports from any experts Plaintiff may use at trial under Rule 26(a)(2) will be due from the Plaintiff by November 1, 2008.

      d. Identification and reports from any experts Defendant may use at trial under Rule 26(a)(2) will be due from the Defendant by November 15, 2008.

      e. All dispositive motions will be filed by February 1, 2009.

5. Parties stipulate and agree that each side shall comply with Rule 26 regarding electronically stored information, including without limitation e-mails, text messaging and other digitally stored data. On or before April 15, 2008, the parties shall have identified the existence of any potentially relevant electronically stored information and will, by that date, meet and confer regarding the format in which any such disclosures shall be made. The parties are specifically excluding disaster/back-up systems from the disclosure obligation at this time, and will address any production from such materials when and if it becomes necessary. Nothing in this report or the agreement of the parties is intended to foreclose a party from invoking Rule 37(e) in the event electronically stored information was lost as a result of the routine, good faith operation of an electronic information system.

6. The parties will comply with Rule 26(b)(5)(A) regarding the withholding of information claimed as privileged or subject to protection as trial-preparation material. The parties further agree that any inadvertent disclosures of such materials will not result in a waiver of the claimed privilege or protection. Any party disputing the claimed privilege or protection for inadvertently disclosed information will employ the procedure set forth in Rule 26(b)(5)(B).

- 3 -

7. The parties anticipate a trial of three (3) days.

Dated this March 7, 2008.

                     Respectfully submitted,

| s/ Nile J. Williamson | s/ Tracy C. Litzinger |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 1926 Associated Bank Plaza | Howard & Howard Attorneys, P.C. |
| Peoria, IL 61602 | 211 Fulton St., Suite 600 |
| Telephone: (309) 677-5950 | Peoria, IL 61602 |
| Fax: (309) 677-5952 | Telephone: (309) 672-1483 |
| E-mail: nilew@aol.com | Fax: (309) 672-1568 |
| | E-mail: tlitzinger@howardandhoward.com |