**E-FILED**
Friday, 04 April, 2008  02:20:34 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| KATHRYN MATRANGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 440-2007-06132 |
| | ) | |
| CATHOLIC CHARITIES,  a not for | ) | |
| profit corporation | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 4th day of April, 2008.

### REQUEST TO PRODUCE AND INTERROGATORIES

TO:     Tracy Litzinger
         Howard & Howard Attorneys, P.C.
         One Technology Plaza, Suite 600
         Peoria, IL 61602-1350

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
411 Hamilton Blvd., STE 1926
Peoria, Illinois 61602
Telephone: (309) 677-5950
Facsimile: (309) 677-5952
nilew@aol.com
Reg. No. 3029417