UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **KATHRYN MATRANGA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-1350 |
| **CATHOLIC CHARITIES,** a not for profit corporation | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 9<u>th</u> day of <u>April, 2008</u>.

### RULE 26 DISCLOSURES

TO:    Tracy Litzinger
       Howard & Howard Attorneys, P.C.
       One Technology Plaza, Suite 600
       Peoria, IL 61602-1350

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/Nile J. Williamson
NILE J. WILLIAMSON
ATTORNEY AT LAW
411 Hamilton Blvd., STE 1926
Peoria, Illinois 61602
Telephone: (309) 677-5950
Facsimile: (309) 677-5952
nilew@aol.com
Reg. No. 3029417