IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Kathryn Matranga, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-1350 |
| ) | |
| Catholic Charities of the Diocese of ) | |
| Peoria, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:   Nile J. Williamson**
**1926 Associated Bank Plaza**
**Peoria, IL 61602**

The undersigned certifies that a true copy of the following discovery document(s) along with a copy of this Notice was sealed in a prepaid envelope, addressed as set forth above, and deposited with the U.S. Mail, in Peoria, Illinois, on the 15th day of April, 2008.

DOCUMENTS:    Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)

Dated:  April 15, 2008

                                    CATHOLIC CHARITIES
                                    OF THE DIOCESE OF PEORIA


                                    By: s/ Tracy C. Litzinger
                                            Tracy C. Litzinger

Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com

#367847-v1

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing Notice of Service of Discovery Documents was served upon the parties of record by enclosing same in an envelope addressed as follows and deposited with the U.S. Mail in Peoria, Illinois, on the 15th day of April, 2008;

 Nile J. Williamson
 1926 Associated Bank Plaza
 Peoria, IL 61602

and hereby filed electronically with the Clerk disclosing that copies were served as stated herein.

            s/ Tracy C. Litzinger
             Tracy C. Litzinger

Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com