UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **KATHRYN MATRANGA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-1350 |
| **CATHOLIC CHARITIES, a not for Profit Corporation** | ) ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S OBJECTION TO MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COMES the Plaintiff, KATHRYN MATRANGA, by her attorney, NILE J. WILLIAMSON, and objects to the entry of the protective order sought by motion e-filed on June 27, 2008 and for reasons thereof states as follows:

1. That the only basis defined by defendant for the entry of the protective order is stated in paragraph 4 as information relating to the lease and occupancy expenses for relocation of defendant's North office.

2. That on its face, such explanation does not suggest any right of privacy to any party to this action or a basis for the alleged annoyance and embarrassment that defendant concludes.

3. That an order to satisfy the good cause requirement in Rule 26(c), the party seeking the entry of the order must provide "specific examples of articulated reasoning", rather than "stereotyped and conclusory statements" to support its assertion of good cause. *Andrew Corp. v. Rossi,* 180 F.R.D. 338, at 341 (N.D. Ill. 1998) (quoting *Cipollone v. Liggett Group, Inc.*, 785 F.2d 1108, 1121 (3d Cir. 1986) and *U.S. v. Garrett*, 571 F.2d 1323, 1326 n.3 (5th Cir. 1978)). For purported confidential business information, this standard requires a showing that disclosure

will cause the business a "clearly defined and very serious injury." *Andrew*, 180 F.R.D. at 341) quoting *United States v. IBM*, 67 F.R.D. 40, 46 (S.D.N.Y 1975)).

    4. The Seventh Circuit has held that the public at large pays for the court's and therefore has an interest in what goes on in all stages of a judicial proceeding. *Citizen's First National Bank of Princeton v. Cincinnati Ins. Co.* 178 F.3d 943, 944-45 (7th Cir. 1999) The relevancy of the information sought to be protected to the litigation should be considered in making the good cause determination. Information important to the litigation is less likely to be subject to confidentiality restrictions. See *Baxter International, Inc. v. Abbott Laboratories* 297 F.3d. 544, 546 (7th Cir. 2002). Thus, in the motion before the court, not only is no identification made by the defendant as to why the information would not be important to plaintiff in the litigation nor is the court or counsel advised of the exact information sought to be protected. This information could likely be relevant to the litigation: i.e., if Matranga was fired on the basis of a reduction in force because of money issues, it may be relevant to Matranga and the court that those money issues arose because of the incompetence and loss of money sustained by plaintiff's superiors in the lease of its office as described in paragraph 4 of the motion.

    WHEREFORE, plaintiff prays that the protective order be denied and for such other orders as are proper.

                                                              KATHRYN MATRANGA, Plaintiff

                                            s/Nile J. Williamson
                                            NILE J. WILLIAMSON
                                            ATTORNEY AT LAW
                                            411 HAMILTON BLVD., STE 1926
                                            PEORIA, IL 61602
                                            TELEPHONE: (309)677-5950
                                            FACSIMILE: (309) 677-5952
                                            REG. NO. 6029417

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all parties of record, who have appeared and have not been defaulted for failure to plead by US Mail, postage prepaid on the 30th day of June, 2008 in Peoria, Illinois to:

Tracy Litzinger
Howard & Howard Attorneys, P.C.
One Technology Plaza, STE 600
Peoria, IL 61602-1305
309-672-1483

                                                s/Nile J. Williamson
                                                NILE J. WILLIAMSON
                                                ATTORNEY AT LAW
                                                411 HAMILTON BLVD., STE 1926
                                                PEORIA, IL 61602-1104
                                                TELEPHONE: (309) 677-5950
                                                FACSIMILE: (309) 677-5952
                                                E-MAIL: nilew@aol.com