E-FILED
Monday, 30 June, 2008  02:44:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **KATHRYN MATRANGA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 07-1350 |
| | ) |
| **CATHOLIC CHARITIES,** a not for | ) |
| profit corporation | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true copy of the following documents along with a copy of this notice were sealed in an envelope addressed as set forth below with postage fully prepaid and deposited in a U.S. Mailbox in Peoria, Illinois, on the 30th day of June, 2008.

### PLAINTIFF'S OBJECTION TO MOTION FOR ENTRY OF PROTECTIVE ORDER

TO:   Tracy Litzinger
      Howard & Howard Attorneys, P.C.
      One Technology Plaza, Suite 600
      Peoria, IL 61602-1350

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

> s/Nile J. Williamson
> NILE J. WILLIAMSON
> ATTORNEY AT LAW
> 411 Hamilton Blvd., STE 1926
> Peoria, Illinois 61602
> Telephone: (309) 677-5950
> Facsimile: (309) 677-5952
> nilew@aol.com
> Reg. No. 3029417