**E-FILED**
Wednesday, 23 July, 2008  04:12:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Kathryn Matranga, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-1350 |
| | ) | |
| Catholic Charities of the Diocese of Peoria, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:    Nile J. Williamson**
**1926 Associated Bank Plaza**
**Peoria, IL 61602**

The undersigned certifies that a true copy of the following discovery document along with a copy of this Notice was sealed in a prepaid envelope, addressed as set forth above, and deposited with the U.S. Mail, in Peoria, Illinois, on July 23, 2008.

DOCUMENT:        Defendant's Second Supplemental Responses to Plaintiff's Request to Produce

Dated:  July 23, 2008

                                        CATHOLIC CHARITIES
                                        OF THE DIOCESE OF PEORIA


                                        By: s/  Tracy C. Litzinger
                                              Tracy C. Litzinger


Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com

#399281-v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Service of Discovery Documents was served upon the parties of record by enclosing same in an envelope addressed as follows and deposited with the U.S. Mail in Peoria, Illinois, on the 23rd day of July, 2008;

Nile J. Williamson
1926 Associated Bank Plaza
Peoria, IL 61602

and hereby filed electronically with the Clerk disclosing that copies were served as stated herein.

s/ Tracy C. Litzinger
Tracy C. Litzinger

Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com