IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Kathryn Matranga, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-1350 |
| ) | |
| Catholic Charities of the Diocese of Peoria, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

**TO:    Nile J. Williamson**
**1926 Associated Bank Plaza**
**Peoria, IL 61602**

The undersigned certifies that a true copy of the following discovery document(s) along with a copy of this Notice was sealed in a prepaid envelope, addressed as set forth above, and deposited with the U.S. Mail, in Peoria, Illinois, on August 20, 2008.

DOCUMENTS:    Defendant's First Interrogatories to Plaintiff
Request for Production of Documents

Dated: August 20, 2008.

                                                    CATHOLIC CHARITIES
                                                    OF THE DIOCESE OF PEORIA

                                                    By: s/ Tracy C. Litzinger
                                                        Tracy C. Litzinger

Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com

#410291-v1

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing Notice of Service of Discovery Documents was served upon the parties of record by enclosing same in an envelope addressed as follows and deposited with the U.S. Mail in Peoria, Illinois, on August 20, 2008;

 Nile J. Williamson
 1926 Associated Bank Plaza
 Peoria, IL 61602

and hereby filed electronically with the Clerk disclosing that copies were served as stated herein.

            s/ Tracy C. Litzinger
             Tracy C. Litzinger

Tracy C. Litzinger (ARDC #06225477)
Howard & Howard Attorneys, P.C.
One Technology Plaza
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
tlitzinger@howardandhoward.com